NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DELFASCO LLC,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2024-1363

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 63280, 63402, Administrative Judge Mark A. Melnick, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

JOHN JOSEPH O'BRIEN, Cordatis LLP, Arlington, VA, argued for appellant. Also represented by DAVID SAMUEL COHEN.

BRYAN MICHAEL BYRD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN M. BOYNTON, WILLIAM JAMES GRIMALDI, PATRICIA M. MCCARTHY.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 7, 2025
Date

Jarrett B. Perlow
Clerk of Court